**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |
|---|---|
| ) | |
| **KAREN JUTKIEWICZ,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 13-10998-FDS |
| ) | |
| **WANDA ROLDAN, WILLIAM** ) | |
| **McGONAGLE, GAIL LIVINGSTON,** ) | |
| **BETSY GALICIA, HELENE C. MAICHLE,** ) | |
| **ELLEN BRADY, and PHILLIS CORBITT,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM AND ORDER ON DEFENDANT**
**MAICHLE'S MOTION TO DISMISS**

**SAYLOR, J.**

Plaintiff, a resident of Boston public housing, has filed a *pro se* complaint against the Boston Housing Authority ("BHA") and various BHA employees, alleging violations of her civil rights and of her lease. In particular, plaintiff asserts that defendant Helene C. Maichle, an attorney who represents the BHA, "refuses to even listen to [her] side," "will only listen to the Housing Authority and their employees," and "cuts [her] off." (Dkt. No. 9 at 17-18). Maichle has moved to dismiss the case pursuant to Fed. R. Civ. P. 12(b)(6). Here, even reading the facts in the light most favorable to the non-moving party, *see Ruiz v. Bally Total Fitness Holding Corp.*, 496 F.3d 1, 5 (1st Cir. 2007), the complaint has failed to state a claim upon which relief can be granted as to defendant Maichle. Accordingly, the motion to dismiss is granted.

**So Ordered.**

                                          /s/ F. Dennis Saylor
                                          F. Dennis Saylor IV
Dated: October 15, 2013              United States District Judge